JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SBARRO FRANCHISE CO., LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT BOON HOO YEE, an individual and WINNIE YEE,<br><br>Defendants. | CASE NO. 8:20-cv-00383 FMO(JDEx)<br><br>*Hon. Fernando M. Olguin*<br><br>**ORDER GRANTING STIPULATION [18] RE: DISMISSAL WITH PREJUDICE** |

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 15, 2020          By: _____/s/_____
                                       Hon. Fernando M. Olguin